IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE ERNESTO MENDEZ SANCHEZ** | **CIVIL ACTION** |
| **v.** | |
| **MICHAEL ROSE,** *et al.* | **No. 26-0820** |

## ORDER

**AND NOW**, this 13th day of February, 2026, upon consideration of the petition for a writ of habeas corpus, and the answer and response thereto, it is hereby **ORDERED**:

1. The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2. Respondents shall **IMMEDIATELY RELEASE** Mendez Sanchez from custody and certify compliance with this Order by a filing on the docket on February 17, 2026, regarding Mendez Sanchez's custody status.[1] Respondents shall return to Mendez Sanchez immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3. Respondents are **ENJOINED** for a period of seven days following Mendez Sanchez's release from custody pursuant to this order from detaining Mendez Sanchez based on the same

---

[1] I permit the government extra time to file its notice given the holiday weekend, but my order nevertheless requires immediate action. I am confident the respondents can effectuate Mendez Sanchez's release within 24 hours of the entry of this order. If respondents believe such a timeline for release is impossible, they must file a notice to that effect within 24 hours.

putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[2]

4.   If the government seeks to detain Mendez Sanchez after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Mendez Sanchez's remedy will recur.

5.   Petitioner may submit a motion and proposed order/judgment (or other procedural mechanism) regarding attorney fees.

**BY THE COURT**:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**

---

[2] Mendez Sanchez is not subject to mandatory detention under 8 U.S.C. § 1225. If Mendez Sanchez is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.